IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00329-WYD-KMT

ANDREA ROMERO,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

Dated:  May 20, 2013

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE